IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WESTPORT FUEL SYSTEMS CANADA INC.,** Plaintiff, <br><br> v. <br><br> **NISSAN NORTH AMERICA, INC.,** Defendant. | **Case No. 2:21-cv-00455-JRG-RSP** **(LEAD CASE)** <br><br> **JURY TRIAL DEMANDED** |
| **WESTPORT FUEL SYSTEMS CANADA INC.,** Plaintiff, <br><br> v. <br><br> **GENERAL MOTORS, LLC** Defendant. | **Case No. 2:21-cv-00456-JRG-RSP** **(Member Case)** <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Order Setting Scheduling Conference dated February 15, 2022 (ECF 13), Plaintiff and Defendants have met and conferred and hereby jointly request that the Court enter the proposed Protective Order, attached hereto as Exhibit A.

This Motion is not opposed by any party.

        Respectfully submitted,

        */s/ Jonathan M. Pierce*
        Jonathan M. Pierce
        *Attorney-in-Charge*
        Texas Bar No. 24027744
        jpierce@porterhedges.com
        Miranda Y. Jones
        Texas Bar No. 24065519
        MirandaJones@porterhedges.com
        Ray Torgerson
        Texas Bar No. 24003067
        RTorgerson@porterhedges.com
        Derek V. Forinash

13351000

                          Texas Bar No. 24038905
                          dforinash@porterhedges.com
                          **PORTER HEDGES LLP**
                          1000 Main Street, 36th Floor
                          Houston, TX 77002
                          Telephone: 713-226-6000
                          Facsimile: 713-228-1331

                          Claire A. Henry
                          Texas Bar No. 24053063
                          **WARD, SMITH & HILL PLLC**
                          1507 Bill Owens Parkway
                          Longview, Texas 75604
                          Telephone: (903) 757-6400
                          Facsmilie: (903) 757-2323
                          claire@wsfirm.com

                          *Attorneys for Plaintiff*
                          *Westport Fuel Systems Canada Inc.*

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Michael E. Jones* | */s/ Justin O'Sullivan* |
| Michael E. Jones | Jonathan R. Spivey |
| E. Glenn Thames, Jr. | Jahnathan L. D. Braquet |
| **Potter Minton, PC** | La Tasha M. Snipes |
| 110 North College, Suite 500 | **Polsinelli, PC** |
| Tyler, Texas 75702 | 1000 Louisiana St., Suite 6400 |
| Telephone: 903.597.8311 | Houston, Texas 77002 |
| mikejones@potterminton.com | 713.374.1600 |
| glennthames@potterminton.com | jspivey@polsinelli.com |
|  | jbraquet@polsinelli.com |
| Dennis J. Abdelnour | tsnipes@polsinelli.com |
| **Honigman LLP** |  |
| 155 North Wacker Drive | *Attorneys for Defendant* |
| Suite 3100 | Nissan North American, Inc. |
| Chicago, IL 60606-1734 |  |
| Telephone: 312.701.9348 |  |
| Email: dabdelnour@honigman.com |  |
| Secondary email: drobinson@honigman.com |  |
| J. Michael Huget |  |
| **Honigman LLP** |  |
| 315 East Eisenhower Parkway, Suite 100 |  |
| Ann Arbor, Michigan 48108 |  |
| Telephone: 734.418.4254 |  |
| mhuget@honigman.com |  |

13351000

David J. Thomas
**Honigman LLP**
39400 Woodward Avenue, Suite 101
Bloomfield Hills, IM 48304
248-566-8642
Email: dthomas@honigman.com
Secondary email: litdocketing@honigman.com

*Attorneys for Defendant*
General Motors, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that all parties have conferred on this Motion and that this Motion is not opposed by any party.

                                                  */s/ Jonathan Pierce*
                                                  Jonathan Pierce

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2022, the foregoing was filed electronically through the Court's CM/ECF system.

                                                  */s/ Jonathan Pierce*
                                                  Jonathan Pierce

13351000