UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Westport Fuel Systems Canada Inc., *Plaintiff,* v. Nissan North America, Inc., *Defendant.* | Case No. 2:21-cv-00455[JRG/RSP] LEAD CASE **JURY TRIAL DEMANDED** |
| General Motors, LLC, *Defendant.* | Case No. 2:21-cv-00456[JRG/RSP] CONSOLIDATED CASE |

**JOINT NOTICE OF SUPPLEMENTAL EVIDENCE**

In response to the Court's Order (Dkt. 92) Granting the Joint Motion for Leave to File Supplemental Evidence (Dkt. 90), Plaintiff Westport Fuel Systems Canada Inc. ("Westport") and Defendant General Motors, LLC ("GM") jointly file this Notice of Supplemental Evidence for the following evidence from the case *Robert Bosch, LLC v. Westport Fuel Systems Canada Inc.*, No. 1:22-cv-00370 (E.D. Va. 2022): (i) Robert Bosch, LLC's ("Bosch") Opposition to Defendant Westport's Motion to Dismiss (available at Dkt. 90-1 in this proceeding); (ii) the Declaration of Scott Goodenough (available at Dkt. 90-2 in this proceeding); and (iii) Westport's Reply Brief in Support of its Motion to Dismiss (available at Dkt. 90-3 in this proceeding).

Dated: June 30, 2022                                        Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan M. Pierce, with permission by Michael E. Jones* | */s/ Michael E. Jones* |
| Jonathan M. Pierce | Michael E. Jones (Texas Bar No. 10929400) |
| *Attorney-in-Charge* | mikejones@potterminton.com |
| Texas Bar No. 24027744 | Shaun W. Hassett (Texas Bar No. 24074372) |
| jpierce@porterhedges.com | shaunhassett@potterminton.com |
| Miranda Y. Jones | **POTTER MINTON, P.C.** |
| Texas Bar No. 24065519 | 110 North College, Suite 500 |
| MirandaJones@porterhedges.com | Tyler, Texas 75702 |
| Ray Torgerson | Tel: (903) 597-8311 |
| Texas Bar No. 24003067 | Fax: (903) 593-0846 |
| RTorgerson@porterhedges.com | |
| Derek V. Forinash | J. Michael Huget (P39150) |
| Texas Bar No. 24038905 | mhuget@honigman.com |
| dforinash@porterhedges.com | David J. Thomas (admitted *pro hac vice*) |
| **PORTER HEDGES LLP** | dthomas@honigman.com |
| 1000 Main Street, 36th Floor | **HONIGMAN LLP** |
| Houston, TX 77002 | 2290 First National Building |
| Telephone: 713-226-6000 | 660 Woodward Avenue |
| Facsimile: 713-228-1331 | Detroit, Michigan 48226 |
| | Tel: (313) 465-7000 |
| Claire A. Henry | Fax: (312) 465-8000 |
| Texas Bar No. 24053063 | |
| **WARD, SMITH & HILL PLLC** | Dennis J. Abdelnour (admitted *pro hac vice)* |
| 1507 Bill Owens Parkway | dabdelnour@honigman.com |
| Longview, Texas 75604 | **HONIGMAN LLP** |
| Telephone: (903) 757-6400 | 155 North Wacker Drive, Suite 3100 |
| Facsmilie: (903) 757-2323 | Chicago, Illinois 60606 |
| claire@wsfirm.com | Tel: (312) 701-9300 |
| | Fax: (312) 701-9335 |
| | |
| | *Counsel for Defendant General Motors, LLC* |
| *Counsel for Westport Fuel Systems Canada Inc.* | |